192 So.2d 447

**James MUNFORD**

**v.**

**STATE.**

**3 Div. 171–D.**

Supreme Court of Alabama.

Oct. 27, 1966.

Rehearing Denied Dec. 8, 1966.

Gray & Seay, Montgomery, Jack Greenberg and Chas. H. Jones, Jr., New York City, for appellant.

Richmond M. Flowers, Atty. Gen., and W. Mark Anderson, III, Asst. Atty. Gen., for the State.

PER CURIAM.

Affirmed, authority of Smith v. State, 280 Ala. 241, 192 So.2d 443. (3 Div. 171).

LIVINGSTON, C. J., and LAWSON, GOODWYN and COLEMAN, JJ., concur.